C-08-1352-EDL

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Julie Maearaiy

**DEFENDANTS**

Matthew Charles Stegman

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Ronald J. Uly Esq.
1212 Broadway Street, Suite 706
Oakland, CA 94612

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | | | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities – | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus – | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

28 USC Sec. 1346(b) 2671-2680 and 28 USC Sec. 1331

Brief description of cause:

Defendant negligently drove his vehicle causing injuries to Plaintiff

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY)      ☒ SAN FRANCISCO/OAKLAND      ☐ SAN JOSE

DATE March 10, 2008

SIGNATURE OF ATTORNEY OF RECORD

Ronald V. Uy, SBN 177157
**LAW OFFICE OF RONALD V. UY**
**1212 Broadway, Suite 706**
**Oakland, CA 94612**
**Telephone:  (510) 835-3730**
**Facsimile:    (510) 835-3731**

Attorney for Plaintiff
JULIE MACARAIG

FILED

2008 MAR 10  PM 2: 55

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

# C08-01352  EDL

| | |
|---|---|
| **JULIE MACARAIG,** | Civil Action No. |
| Plaintiff, | COMPLAINT |
| vs. | |
| **MATTHEW CHARLES STEGMAN,** **UNITED STATES OF AMERICA, BRIAN** **VINCENT PACE** | |
| Defendants | |

Plaintiff, JULIE MACARAIG, complaining against defendants MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA and BRIAN VINCENT PACE alleges:

### JURISDICTION

1.      The jurisdiction of this court is based upon the Federal Tort Claims Act, 28 USC §§1346(b), 2671-2680 and 28 USC §1331.

2.      Plaintiff is a citizen of the United States of America.

3.      Plaintiff filed an administrative claim with the United States Department of Justice, Torts Branch, Civil Division on February 7, 2007 as required by 28 USC §2675(a).

4.    The claim was denied. A copy of the denial is attached as Exhibit "A"

## VENUE

5.    Venue is proper under 28 USC §1402(b) because the accident which is the subject of this complaint occurred in this judicial district and under 28 USC §1391(c) because one of the defendants is the United States America and a defendant is an employee of the United States of America who was acting within the scope of his employment at the time of the occurrence complained of herein.

6.    Defendant MATTHEW CHARLES STEGMAN resides in this district and a Substantial part of the events giving rise to this claim occurred in this district.

7.    Defendant BRIAN VINCENT PACE resides in this district and a substantial part of the events giving rise to this claim occurred in this district.

8.    Plaintiff resides in this district and no real property is involved in this action.

## CLAIM FOR RELIEF

9.    On March 13, 2007 at a point approximately 0.1 miles west of McBryde Avenue, on Interstate 80 westbound on the east shore freeway in the number 1 lane in the city of Richmond, Contra Costa County, California, Plaintiff was operating her 2002 Blue Mercedes ML320 westbound and slowed to stop for traffic.

10.    The vehicle, a 2001 red and yellow Chevrolet Silverado, was operated by BRIAN VINCENT PACE and was following the vehicle of Plaintiff and also slowed to stop when BRIAN VINCNET PACE noticed the break lights of Plaintiff and the slowing traffic.

11.    Defendant MATTHEW CHARLES STEGMAN was operating a 2002 Dodge Stratus, License number 4WUM187, which was owned and operated by the General Services Administration, a division of the United States of America,

12.    MATTHEW CHARLES STEGMAN was operating the Dodge Stratus vehicle in the course and scope of his employment with the United States of America.

13.    MATTHEW CHARLES STEGMAN was driving the Dodge Stratus in the number one lane at a speed of approximately 65miles per hour behind the vehicle operated by BRIAN VINCENT PACE and, upon noticing the vehicle in front of him slowing, failed to apply

the brakes on his vehicle in a sufficient manner and in sufficient time to slow his vehicle causing the Dodge Status to impact with the rear of the Chevy Silverado operated by BRIAN VINCENT PACE and causing that vehicle to move forward and impact with the rear of the 2002 Mercedes ML320 being operated by Plaintiff, causing physical damage to said vehicle and physical injuries to Plaintiff.

14.     The injury to Plaintiff was proximately caused by the 2002 Dodge Stratus being negligently driven by MATTHEW CHARLES STEGMAN, which struck plaintiff who was appropriately operating her vehicle.

15.     The negligence of MATTHEW CHARLES STEGMAN consisted of failing to operate the 2002 Dodge Stratus in a manner and speed which was safe for the driving conditions and failing to slow and stop said vehicle when traffic in front of him slowed and stopped and in failing to maintain a safe and adequate distance between the vehicle he was driving and the vehicle next in front of his vehicle to permit him to slow and stop the vehicle without impacting the vehicle in front of him as was necessary.

16.     At the time of the accident, MATTHEW CHARLES STEGMAN was an employee of the United States of America and was acting within the scope of his employment and the United States of America owned the vehicle he was driving which struck and injured Plaintiff.

17.     As a proximate result of the negligence of defendant United States of America, through its driver and employee MATTHEW CHARLES STEGMAN, plaintiff incurred physical injuries including pain and suffering.

18.     As a proximate result of defendant's negligence, and of plaintiff's injuries, plaintiff suffered great pain of body and mind and incurred expenses for medical attention and hospitalization in the sum of at least $35,776.99.

WHEREFORE, Plaintiff respectfully prays for judgment against the defendant as follows:

1.  For damages in the sum of at least 35,775.90 and for all injuries received by plaintiff subject to proof, plus interest and costs.

3

2. For such other and further relief as the court may deem just and proper.

Dated: March 10 , 2008

RONALD V. UY
Attorney for Plaintiff
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone: (510) 835-3730

4