# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Julie Macaraig   E-filing   SUMMONS IN A CIVIL CASE

CASE NUMBER: C08-01352 EDL

v.

Matthew Charles Stegman

TO: (Name and address of defendant)

Matthew Charles Stegman
450 Golden Gate
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald V. Uy, Esq.
1212 Broadway Street, Suite 706
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 0 2008

KELLY COLLINS

(BY) DEPUTY CLERK