**RONALD V. UY, SBN 177157**
**LAW OFFICE OF RONALD V. UY**
**1212 Broadway, Suite 706**
**Oakland, CA 94612**
**Telephone: (510) 835-3730**
**Facsimile:  (650) 835-3731**

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG, | ) Case No.  C08-01352 EDL |
| Plaintiff, | ) CASE MANAGEMENT STATEMENT OF PLAINTIFF |
| vs | ) |
| MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE | ) |
| Defendants | ) |

Plaintiff, Julie Macaraig, through her attorney of record, Ronald V. Uy, submits her Case Management Conference individually.  Plaintiff files said statement because the defendant, United States of America has only recently been served by certified mail and has not yet responded and the remaining two defendants, Matthew Charles Stegman have not yet been served with the Summons and Complaint, although attempts at service are being made.

       1.      JURISDICTION AND SERVICE:   The subject matter jurisdiction is in the Northern District because one of the defendants is a division of the Untied States of America.  Service has been accomplished on the defendant, United States of America but the two individual defendants have not been served yet.

2.    FACTS:    This action arises out of a vehicular collision occurring on March 13, 2006 wherein Plaintiff was driving westbound on Interstate 80, on the Richmond San Rafael bridge when her vehicle was struck from the rear by a vehicle owned by the General Service Administration of the Untied States Government and was driven by an employee of the  Untied States of America, Matthew Charles Stegman. The impact cause the vehicle of Plaintiff to move forward and strike the vehicle in front of her operated by Brian Vincent Pace. Plaintiff has incurred property damage and personal injuries in an amount the total of which has not yet been ascertained.

3.    LEGAL ISSUES:    At this time there are no disputed points of law.

4.    MOTIONS:    None anticipated at this time.

5.    AMENDMENT OF PLEADINGS:    None anticipated.

6.    EVIDENCE PRESERVATION:    This is not an issue at this time.

7.    DISCLOSURES:    There have been no disclosures because none of the defendants have yet appeared in this action.

8.    DISCOVERY:    Because there has been no appearance by any defendant a discovery plan has not been established. It is anticipated that the preliminary round of discovery can be completed within the next six months.

9.    CLASS ACTON:    Not applicable.

10.    RELATED CASES:    None

11.    RELIEF:    Monetary

12.    SETTLEMENT & ADR:    Premature

13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:    Yes

14.    OTHER REFERNCES:    None

15.    NARROWING OF ISSUES: At this time, because there is no answer by any defendant, the issues cannot be narrowed.

16.    EXPEDITED SCHEDULE:    This case is not appropriate for an expedited schedule

17.  SCHEDULING:      Because there has been no appearance by any of the three defendants as of yet, discovery cut-off and hearing of dispositive motions should be extended for at least another six months with a pretrial conference three months thereafter and a trial two months thereafter.

18.  TRIAL:      Jury Trial is requested

19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:   None

20.  OTHER MATTERS:  None

Respectfully Submitted:

Dated: June 10, 2008                    __S/ RONALD V.UY_____
                                                      RONALD V.UY
                                                      Attorney for Plaintiff

# PROOF OF SERVICE

I,  **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California.  I am over the age of 18.

On  **June 10, 2008**, I served the foregoing document(s) described as

       CASE MANAGEMENT STATEMENT OF PLAINTIFF

Upon the following persons:


Joseph P. Russonello                       Michael Mukasey
United States Attorney                 United States Attorney
Civil Processing Unit                  950 Pennsylvania Avenue, N.W
450 Golden Gate Avenue           Washington, D.C. 20530
San Francisco, CA 94102

GENERAL COUNSEL
G.S.A.
18TH  & F Street, N.W.
Room 4139
Washington, DC 20405


( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in

the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction

this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true

and correct and that this declaration was executed on **June10, 2008**, at Oakland,  California.



                          s/ Tarik S. Soudani

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **RONALD V. UY, SBN 177157**
**LAW OFFICE OF RONALD V. UY**
2  **1212 Broadway, Suite 706**
**Oakland, CA 94612**
3  **Telephone:  (510) 835-3730**
**Facsimile:   (650) 835-3731**
4
Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  JULIE MACARAIG,                      ) Case No.  C08-01352 EDL
                                         )
11              Plaintiff,               ) CASE MANAGEMENT STATEMENT OF
                                         ) PLAINTIFF
12      vs                               )
                                         )
13  MATTHEW CHARLES STEGMAN,             )
    UNITED STATES OF AMERICA, BRIAN      )
14  VINCENT PACE                         )
                                         )
15              Defendants               )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18  _____ )

19        Plaintiff, Julie Macaraig, through her attorney of record, Ronald V. Uy, submits her Case

20  Management Conference individually.  Plaintiff files said statement because the defendant,

21  United States of America has only recently been served by certified mail and has not yet

22  responded and the remaining two defendants, Matthew Charles Stegman have not yet been

23  served with the Summons and Complaint, although attempts at service are being made.

24        1.      JURISDICTION AND SERVICE:   The subject matter jurisdiction is in the

25                Northern District because one of the defendants is a division of the Untied States

26                of America.  Service has been accomplished on the defendant, United States of

27                America but the two individual defendants have not been served yet.

28

                                        1

2.      FACTS:      This action arises out of a vehicular collision occurring on March

13, 2006 wherein Plaintiff was driving westbound on Interstate 80, on the

Richmond San Rafael bridge when her vehicle was struck from the rear by a

vehicle owned by the General Service Administration of the Untied States

Government and was driven by an employee of the  Untied States of America,

Matthew Charles Stegman. The impact cause the vehicle of Plaintiff to move

forward and strike the vehicle in front of her operated by Brian Vincent Pace.

Plaintiff has incurred property damage and personal injuries in an amount the total

of which has not yet been ascertained.

3.      LEGAL ISSUES:      At this time there are no disputed points of law.

4.      MOTIONS:    None anticipated at this time.

5.      AMENDMENT OF PLEADINGS:     None anticipated.

6.      EVIDENCE PRESERVATION:      This is not an issue at this time.

7.      DISCLOSURES:      There have been no disclosures because none of the

defendants have yet appeared in this action.

8.      DISCOVERY:      Because there has been no appearance by any defendant a

discovery plan has not been established. It is anticipated that the preliminary

round of discovery can be completed within the next six months.

9.      CLASS ACTON:      Not applicable.

10.     RELATED CASES:   None

11.     RELIEF:          Monetary

12.     SETTLEMENT & ADR:      Premature

13.     CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:   Yes

14.     OTHER REFERNCES:      None

15.     NARROWING OF ISSUES: At this time, because there is no answer by any

defendant, the issues cannot be narrowed.

16.     EXPEDITED SCHEDULE:   This case is not appropriate for an expedited

schedule

17.     SCHEDULING:      Because there has been no appearance by any of the three defendants as of yet, discovery cut-off and hearing of dispositive motions should be extended for at least another six months with a pretrial conference three months thereafter and a trial two months thereafter.

18.     TRIAL:      Jury Trial is requested

19.     DISCLOSURE OF NON-PARTY

        INTERESTED ENTITIES OR PERSONS:  None

20.     OTHER MATTERS:  None

Respectfully Submitted:

Dated: June 10, 2008             __S/ RONALD V.UY_____

                               RONALD V.UY

                               Attorney for Plaintiff

1
2
3
# PROOF OF SERVICE
4
5
I,  **TARIK S. SOUDANI**, declare
6
I am employed in the county of Alameda, State of California.  I am over the age of 18.
7
On  **June 10, 2008**, I served the foregoing document(s) described as
8
       CASE MANAGEMENT STATEMENT OF PLAINTIFF
9
Upon the following persons:
10
11
Joseph P. Russonello                       Michael Mukasey
United States Attorney                  United States Attorney
12
Civil Processing Unit                    950 Pennsylvania Avenue, N.W
450 Golden Gate Avenue           Washington, D.C. 20530
13
San Francisco, CA 94102
14
15
GENERAL COUNSEL
G.S.A.
16
18TH & F Street, N.W.

Room 4139
17
Washington, DC 20405
18
19
( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in
20
the United States mail at Encinitas, California.
21
I declare that I am employed in the office of a member of the bar of this court at whose direction
this service was made.
22
I declare under penalty of perjury under the laws of the State of California that the above is true
23
and correct and that this declaration was executed on **June10, 2008**, at Oakland,  California.
24
25
26
                _____s/ Tarik S. Soudani_____
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28