```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
 3
    MELISSA K. BROWN (CABN 203307)
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-6962
       FAX: (415) 436-6748
 7     melissa.k.brown@usdoj.gov

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JULIE MACARAIG, | ) | No. C-08-01352 EDL |
| Plaintiff, | ) ) | **FEDERAL DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | Date: June 17, 2008<br>Time: 10:00 a.m. |

By special appearance the Federal Defendant requests that the Initial Case Management Conference currently scheduled for June 17, 2008 in the above-referenced matter be continued. The Federal Defendant has not been not served in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Federal Defendant cannot waive proper service. Moreover, even if the Federal Defendant had received proper service, a responsive pleading is not due until July 18, 2008 pursuant to Rule 12 (a)(2) of the Federal Rules of Civil Procedure. Further, Plaintiff's counsel did not contact the undersigned to regarding the filing of Joint Case Management Statement.

FEDERAL DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
C-08-01352 EDL

For the foregoing reasons, the Federal Defendant respectfully requests a continuance of the case management conference until after July 18, 2008.

DATED: June 12, 2008                    Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     s/Melissa Brown

                                                     _____
                                                     MELISSA K. BROWN
                                                     Assistant United States Attorney

## [PROPOSED] ORDER

For good cause showing, the Initial Case Management Conference in the above-captioned matter, currently scheduled for June 17, 2008 is VACATED. The Initial Case Management Conference will be CONTINUED to July __, 2008.

IT IS SO ORDERED

DATED: _____                    _____

                                                     ELIZABETH D. LAPORTE
                                                     UNITED STATES DISTRICT COURT
                                                     MAGISTRATE JUDGE