```
1  RONALD V. UY, SBN 177157
   LAW OFFICE OF RONALD V. UY
2  1212 Broadway, Suite 706
   Oakland, CA 94612
3  Telephone: (510) 835-3730
   Facsimile: (650) 835-3731
4
5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG, ) | Case No. C08-01352 EDL |
| Plaintiff, ) | [Proposed] |
| vs ) | ORDER CONTINUING CASE |
| MATTHEW CHARLES STEGMAN, ) | MANAGEMENT CONFRENCE |
| UNITED STATES OF AMERICA, BRIAN ) | |
| VINCENT PACE ) | |
| Defendants ) | |

The Court having read and considered the request by Plaintiff to Continue the Case Management Conference scheduled for June 17, 2008 at 10:00 a.m. for a period of thirty (30) to forty-five (45) days.

GOOD CAUSE BEING FOUND,

IT IS HEREBY ORDERED that the Case Management Conference in this action is herby continued to _____, 2008 at _____, in Courtroom E, 15th Floor, San Francisco, California.


Dated: _____                    _____
                                             ELIZABETH D. LAPORTE
                                             JUDGE
                                             UNITED STATES DISTRICT COURT

1

# PROOF OF SERVICE

I, **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California.  I am over the age of 18.

On **June 10, 2008**, I served the foregoing document(s) described as

    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Upon the following persons:

| | |
|---|---|
| Joseph P. Russonello<br>United States Attorney<br>Civil Processing Unit<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Michael Mukasey<br>United States Attorney<br>950 Pennsylvania Avenue, N.W<br>Washington, D.C. 20530 |

GENERAL COUNSEL
G.S.A.
18TH & F Street, N.W.
Room 4139
Washington, DC 20405

( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on **June12, 2008**, at Oakland, California.

                                          s/ Tarik S. Soudani