RONALD V. UY, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (650) 835-3731

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG,<br><br>　　　　　Plaintiff,<br><br>　　vs<br><br>MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE<br><br>　　　　　Defendants | Case No. C08-01352 EDL<br><br>REQUEST TO CASE MANAGEMENT CONFERENCE |

　　　Plaintiff, Julie Macaraig, through her attorney of record, Ronald V. Uy, hereby request that the Case Management Conference currently scheduled for hearing on June 17, 2008 at 10:00 a.m. be continued for thirty (30) to forty-five (45) days.

　　　The defendant, United States of America has recently been served by certified mail but has not yet responded and the remaining two defendants, Matthew Charles Stegman have not yet been served with the Summons and Complaint, although attempts at service are being made. Currently, process servers are attempting to serve Defendants Stegman and Brian Vincent Pace but have not accomplished service. I anticipate that service on the remaining two defendants will be accomplished within the next five to ten days and that if the Case Management Conference is

continued for a period of forty-five days, all party defendants should have filed their answer to the pending complaint.

Respectfully Submitted:

Dated: June 12, 2008                                              S/ RONALD V.UY
                                                                  RONALD V.UY
                                                                  Attorney for Plaintiff

# PROOF OF SERVICE

I, **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California. I am over the age of 18.

On **June 10, 2008**, I served the foregoing document(s) described as

    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Upon the following persons:

Joseph P. Russonello
United States Attorney
Civil Processing Unit
450 Golden Gate Avenue
San Francisco, CA 94102

Michael Mukasey
United States Attorney
950 Pennsylvania Avenue, N.W
Washington, D.C. 20530

GENERAL COUNSEL
G.S.A.
18TH & F Street, N.W.
Room 4139
Washington, DC 20405

( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on **June12, 2008**, at Oakland, California.

                                                  s/ Tarik S. Soudani