RONALD V. UY, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (650) 835-3731

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG,<br><br>    Plaintiff,<br><br>vs<br><br>MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE<br><br>    Defendants | Case No. C08-01352 EDL<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

    Plaintiff, Julie Macaraig, through her attorney of record, Ronald V. Uy, hereby request that the Case Management Conference currently scheduled for hearing on July 22, 2008 at 10:00 a.m. be continued for thirty (30) to forty-five (45) days.

    The defendant, United States of America has recently been served by certified mail but has not yet responded and the remaining two defendants, Matthew Charles Stegman have not yet been served with the Summons and Complaint, although attempts at service are being made on defendant Stegman. The current plan is to dismiss the action against Vincent Pace and that request for dismissal should be filed within the next ten days.

    Currently, process servers are attempting to serve Defendant Stegman but have not accomplished service. I anticipate that service on defendant Stegman will be accomplished

1 | within the next ten days and that if the Case Management Conference is continued for a period of
2 | forty-five days, all party defendants should have filed their answer to the pending complaint.

Respectfully Submitted:

Dated: July _____, 2008

                                                                          _____
RONALD V.UY
Attorney for Plaintiff

# PROOF OF SERVICE

I, **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California. I am over the age of 18.

On **June 10, 2008**, I served the foregoing document(s) described as

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Upon the following persons:

Joseph P. Russonello
United States Attorney
Civil Processing Unit
450 Golden Gate Avenue
San Francisco, CA 94102

Michael Mukasey
United States Attorney
950 Pennsylvania Avenue, N.W
Washington, D.C. 20530

GENERAL COUNSEL
G.S.A.
18TH & F Street, N.W.
Room 4139
Washington, DC 20405

( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on **June12, 2008**, at Oakland, California.

                                      s/ Tarik S. Soudani

1  RONALD V. UY, SBN 177157
   LAW OFFICE OF RONALD V. UY
2  1212 Broadway, Suite 706
   Oakland, CA 94612
3  Telephone:  (510) 835-3730
   Facsimile:   (650) 835-3731
4
5  Attorney for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| JULIE MACARAIG, | ) Case No.  C08-01352 EDL |
|---|---|
| Plaintiff, | ) SUPPLEMENTAL CASE MANAGEMENT<br>) STATEMENT AND PROPOSED ORDER |
| vs | ) |
| MATTHEW CHARLES STEGMAN,<br>UNITED STATES OF AMERICA, BRIAN<br>VINCENT PACE | ) |
| Defendants | ) |

   Pursuant to Civil L.R. 16-10(d), Plaintiff in the above-entitled action certifies that there parties, through their counsel, have not meet and conferred at least 10 days prior to the subsequent case management conference scheduled in this case because only one defendant has been served with process and that defendant has not yet filed an answer to the first amended complaint. Therefore Plaintiff alone submits this Supplemental Case Management statement and proposed order and requests the court to adopt it as a Supplemental Case Management order in this case.

              DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

   1.    The following progress or changes have occurred since the last case management statement filed by Plaintiff:

      a.     Defendant United States of America has been served but has not filed an Answer to the First Amended Compliant.

      b.     Defendant Matthew Charles Stegman has not been served.

      c.     Plaintiff is preparing a request for dismissal regarding defendant Vincent Pace.

2.     Plaintiff request the court make the following Supplemental Case Management Order:

The Case Management Conference is continued to _____, 2008 at 10:00 a.m.

Respectfully Submitted:

Dated: July _____, 2008                      _____
                                                                       RONALD V.UY
                                                                       Attorney for Plaintiff

SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is herby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS HEREBY ORDERED that the Case Management Conference in this action is herby continued to _____, 2008 at _____, in Courtroom E, 15th Floor, San Francisco, California.

Dated: _____                    _____
                                                                  ELIZABETH D. LAPORTE
                                                                    JUDGE
                                                                    UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## PROOF OF SERVICE

26
27
28

I, **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California.  I am over the age of 18.

On **June 10, 2008**, I served the foregoing document(s) described as

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Upon the following persons:

Joseph P. Russonello
United States Attorney
Civil Processing Unit
450 Golden Gate Avenue
San Francisco, CA 94102

Michael Mukasey
United States Attorney
950 Pennsylvania Avenue, N.W
Washington, D.C. 20530

GENERAL COUNSEL
G.S.A.
18TH & F Street, N.W.
Room 4139
Washington, DC 20405

( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on **June12, 2008**, at Oakland, California.

s/ Tarik S. Soudani

1  **RONALD V. UY, SBN 177157**
   **LAW OFFICE OF RONALD V. UY**
2  **1212 Broadway, Suite 706**
   **Oakland, CA 94612**
3  **Telephone: (510) 835-3730**
   **Facsimile: (650) 835-3731**
4
   Attorney for Plaintiff
5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10 | JULIE MACARAIG,                          ) Case No. C08-01352 EDL
11 |          Plaintiff,                      ) [Proposed]
                                              )
12 |    vs                                    ) ORDER CONTINUING CASE
                                              ) MANAGEMENT CONFRENCE
13 | MATTHEW CHARLES STEGMAN,                 )
   | UNITED STATES OF AMERICA, BRIAN          )
14 | VINCENT PACE                             )
                                              )
15 |          Defendants                      )
                                              )
16                                            )
                                              )
17                                            )
                                              )
18

19      The Court having read and considered the request by Plaintiff to Continue the Case

20 Management Conference scheduled for July 22, 2008 at 10:00 a.m. for a period of thirty (30) to

21 forty-five (45) days.

22      GOOD CAUSE BEING FOUND,

23      IT IS HEREBY ORDERED that the Case Management Conference in this action is herby

24 continued to _____, 2008 at _____, in Courtroom E,

25 15th Floor, San Francisco, California.

26

27 Dated: _____        _____
                                       ELIZABETH D. LAPORTE
28                                     JUDGE
                                       UNITED STATES DISTRICT COURT

                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RONALD V. UY, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (650) 835-3731

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG,<br><br>    Plaintiff,<br><br>vs<br><br>MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE<br><br>    Defendants | Case No. C08-01352 EDL<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

    Plaintiff, Julie Macaraig, through her attorney of record, Ronald V. Uy, hereby request that the Case Management Conference currently scheduled for hearing on July 22, 2008 at 10:00 a.m. be continued for thirty (30) to forty-five (45) days.

    The defendant, United States of America has recently been served by certified mail but has not yet responded and the remaining two defendants, Matthew Charles Stegman have not yet been served with the Summons and Complaint, although attempts at service are being made on defendant Stegman. The current plan is to dismiss the action against Vincent Pace and that request for dismissal should be filed within the next ten days.

    Currently, process servers are attempting to serve Defendant Stegman but have not accomplished service. I anticipate that service on defendant Stegman will be accomplished

1 | within the next ten days and that if the Case Management Conference is continued for a period of
2 | forty-five days, all party defendants should have filed their answer to the pending complaint.

5 | Respectfully Submitted:

7 | Dated: July _____, 2008

_____
RONALD V.UY
Attorney for Plaintiff

# PROOF OF SERVICE

I, **TARIK S. SOUDANI**, declare

I am employed in the county of Alameda, State of California. I am over the age of 18.

On **June 10, 2008**, I served the foregoing document(s) described as

    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Upon the following persons:

| | |
|---|---|
| Joseph P. Russonello<br>United States Attorney<br>Civil Processing Unit<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Michael Mukasey<br>United States Attorney<br>950 Pennsylvania Avenue, N.W<br>Washington, D.C. 20530 |

GENERAL COUNSEL
G.S.A.
18TH & F Street, N.W.
Room 4139
Washington, DC 20405

( **XX** ) (By U.S. Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encinitas, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on **June12, 2008**, at Oakland, California.

                                                        s/ Tarik S. Soudani