IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG, | No. C-08-01352 EDL |
|     Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MATTHEW CHARLES STEGMAN, et al., | |
|     Defendants. | |

In light of the prior case management conference continuance granted in this case, Plaintiff's request to continue the July 22, 2008 case management conference is DENIED. Counsel may appear telephonically at the CMC and shall contact the Courtroom Deputy at 415.522.3694 if he wishes to do so.

**IT IS SO ORDERED.**

Dated: July 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge