```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. BROWN (CABN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE MACARAIG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-08-01352 EDL<br><br>**FEDERAL DEFENDANT'S SEPARATE INITIAL CASE MANAGEMENT STATEMENT [SPECIALLY APPEARING]**<br><br>Date: July 22, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom E, 15th Floor |

The Federal Defendant has not been served in this action, nor has the Federal Defendant been able to reach Plaintiff's counsel, Ronald Uy. Accordingly, by special appearance the Federal Defendant submits this separate Initial Case Management Statement pursuant to Local Rule 16-9.

**1. Jurisdiction and Service:**

The Federal Defendant has not been not served in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Federal Defendant cannot waive proper service. On June 12, 2008, the Federal Defendant filed a request with the Court to continue the Case Management Conference because it had not been properly served; the Court granted that request. Subsequently, on June 26, 2008, the Federal Defendant sent correspondence to Plaintiff's counsel notifying him of the defective service and citing to relevant Federal Rules of Civil Procedure regarding proper service; that correspondence is attached hereto as exhibit A.

FEDERAL DEFENDANT'S SEPARATE INITIAL CASE MANAGEMENT STATEMENT
C-08-01352 EDL

On or about July 2 or 3, 2008, counsel for the Federal Defendant spoke with someone she believes is "Dana" from Ronald Uy's office regarding the defective service. Dana indicated that the service issue would be corrected. On July 16, 2008, counsel for the Federal Defendant left a voice message for Mr. Uy stating that proper service had not been effected and that a motion to dismiss would be required if proper service was not effected. On or about July 17, 2008, counsel for the Federal Defendant again sent correspondence notifying Plaintiff's counsel that proper service had not been effected and that unless she was made aware of Plaintiff's intent to make proper service a motion to dismiss would be filed; that correspondence is attached as exhibit B.

On or about July 17, 2008, "Dana" from Mr. Uy's office contacted the Federal Defendant's counsel and represented that a complaint and summons were with the process server, but that service would not be effected for fifteen days. At no time, did Mr. Uy contact counsel for the Federal Defendant to discuss proper service or the filing of a Joint Case Management Statement. As of the date of this case management statement, the Federal Defendant has not been properly served in this action; accordingly, the Federal Defendant makes a special appearance at this time.

Finally, pursuant to Rule 12 (a)(2) of the Federal Rules of Civil Procedure the Federal Defendant has sixty (60) days from the date of effective service to file a responsive pleading.

Because the Federal Defendant has not been properly served and because Plaintiff's counsel has not contacted counsel for the Federal Defendant it is the Federal Defendant's position that it is premature to address the issues in that are reflected in the "Standing Order For All Judges of the Northern District of California: Contents of Joint Case Management Statement, but will be prepared to address those issues before the Court at the case management conference. The Defendant will file a separate consent to proceed before a Magistrate.

DATED: July 17, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney
**s/Melissa Brown**

MELISSA K. BROWN
Assistant United States Attorney

Exhibit A

Message Confirmation Report                             JUN-26-2008 09:30 AM THU

```
                                    Xerox FaxCentre 2218
                                    Machine Fax ID       :  US ATTORNEY
                                    Serial Number        :  CBC458357.......
                                    Fax Number           :  4154366748
```

```
Name/Number      :    915108353731
Page             :    3
Start Time       :    JUN-26-2008 09:29AM THU
Elapsed Time     :    01'02"
Mode             :    STD ECM
Results          :          O.K
```

---



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234

# FAX

| To:   | Ronald V. Uy Esq. | From:    | Melissa K. Brown |
|-------|-------------------|----------|------------------|
| Fax:  | (510) 835-3731    | Phone:   | (510) 835-3730   |
| Date: | June 26, 2008     | Page(s): | 3 including cover |
| Re:   | Macaraig v. Stegman | | |

COMMENTS:

---

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234



# FAX

| To: | Ronald V. Uy Esq. | From: | Melissa K. Brown |
|---|---|---|---|
| Fax: | (510) 835-3731 | Phone: | (510) 835-3730 |
| Date: | June 26, 2008 | Page(s): | 3 including cover |
| Re: | Macaraig v. Stegman | | |

COMMENTS:

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

450 Golden Gate Ave
San Francisco, CA 94102          e-mail: melissa.k.brown@usdoj.gov

June 26, 2008

*Via Facsimile and U.S. Mail*

Ronald V. Uy, Esq.
Law Office of Ronald V. Uy
1212 Broadway Suite 706
Oakland, CA 94612

   Re: Macaraig v. Stegman, et al.
     <u>Civil Action No. C08-01352 EDL</u>

Dear Mr. Uy:

  We have received a copy of the Complaint in this action, but we have not received a copy of the Summons. Accordingly, you have not properly served the United States or its agencies or employees.

  Please note that Rule 4(i), Federal Rules of Civil Procedure, as amended effective December 1, 2007[1], requires the following:

**(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.**

 (1) *United States.* To serve the United States, a party must:
  (A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

  (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

  (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

 (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the

---

[1] The rule in effect prior to December 1, 2007, also required service of the Summons and Complaint.

complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) *Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

(4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

> (A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or
>
> (B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

Please also note that Rule 12(a)(3)(A) and (B), Federal Rules of Civil Procedure, allows the United States or its officers or agencies **60 days after service upon the U.S. Attorney** to file an answer or other response to a complaint. The time for a response will, therefore, not commence to run until after this office is properly served. Because we did not receive the summons and complaint, this office has not yet been properly served. The service address for this office is:

The Office of the United States Attorney
Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

By: *Melissa Brown*
Melissa K. Brown
Assistant United States Attorney

Exhibit B

# Message Confirmation Report

JUL-17-2008 10:56 AM THU

```
                                  Xerox FaxCentre 2218
                                  Machine Fax ID     :  US ATTORNEY
                                  Serial Number      :  CBC458357.......
                                  Fax Number         :  4154366748


Name/Number    :  915108353731
Page           :  3
Start Time     :  JUL-17-2008 10:55AM THU
Elapsed Time   :  00'54"
Mode           :  STD ECM
Results        :  O.K
```

---



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234

# FAX

| To: | Ronald V. Uy Esq. | From: | Melissa K. Brown |
|---|---|---|---|
| Fax: | ~~(650)~~ 510 835-3731 | Phone: | (510) 835-3730 |
| Date: | ~~June 26, 2008~~ July 17, 2008 | Page(s): | 3 including cover |
| Re: | Macaraig v. Stegman | | |

COMMENTS:

---

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**Message Confirmation Report**                                   JUL-17-2008 10:57 AM THU

```
                                Xerox FaxCentre 2218
                                Machine Fax ID      :  US ATTORNEY
                                Serial Number       :  CBC458357.......
                                Fax Number          :  4154366748

Name/Number     :   916508353731
Page            :   0
Start Time      :   JUL-17-2008 10:56AM THU
Elapsed Time    :   00'00"
Mode            :   STD G3
Results         :   No Answer
```

---



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234

# FAX

| To: | Ronald V. Uy Esq. | From: | Melissa K. Brown |
|---|---|---|---|
| Fax: | (650) 835-3731 | Phone: | (510) 835-3730 |
| Date: | ~~June 26, 2008~~ July 17, 2008 | Page(s): | 3 including cover |
| Re: | Macaraig v. Stegman | | |

COMMENTS:

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone Number: 415/436-7200
Fax Number: 415/436-7234

# FAX

| To: | Ronald V. Uy Esq. | From: | Melissa K. Brown |
|---|---|---|---|
| Fax: | (650) 835-3731 | Phone: | (510) 835-3730 |
| Date: | ~~June 26, 2008~~ July 17, 2008 | Page(s): | 3 including cover |
| Re: | Macaraig v. Stegman | | |

COMMENTS:

## CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

450 Golden Gate Ave
San Francisco, CA 94102                    e-mail: melissa.k.brown@usdoj.gov

July 17, 2008

*Via Facsimile and U.S. Mail*

Ronald V. Uy, Esq.
Law Office of Ronald V. Uy
1212 Broadway Suite 706
Oakland, CA 94612

      Re:    Macaraig v. Stegman, et al.
             Civil Action No. C08-01352 EDL

Dear Mr. Uy:

    On June 26, 2008, I sent correspondence notifying you that although we have received a copy of the Complaint in this action, we have not received a copy of the Summons. Accordingly, you have not properly served the United States or its agencies or employees. I also included the language from the current Federal Rules of Civil Procedure. As of the date of this letter the United States has not received the summons, and contrary to the representation that you made to the Court in your request to move the case management conference date, the United States has **not** been properly served. This is your **second** notice to correct your defective service. If you do not complete service or contact me regarding your intent to properly serve the United States, we will move to dismiss the complaint due to lack of proper service. I can be reached at (415) 436-6962.

    Please also note that Rule 12(a)(3)(A) and (B), Federal Rules of Civil Procedure, allows the United States or its officers or agencies **60 days after service upon the U.S. Attorney** to file an answer or other response to a complaint. The time for a response will, therefore, not commence to run until after this office is properly served. Because we did not receive the summons and complaint, this office has not yet been properly served. The service address for this office is: The Office of the United States Attorney, Civil Process Clerk, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

    Finally, with respect to defendant Matthew Stegman, it is my understanding that he was acting within the course and scope of his employment. Accordingly, because this action is brought pursuant to the Federal Tort Claims Act, the only proper defendant with respect to claims asserted against

Mr. Stegman is the United States, per statute. Once you properly serve this office this issue can be addressed.

                                  Very truly yours,

                                  JOSEPH P. RUSSONIELLO
                                United States Attorney

By:    /s/ Melissa K. Brown
                                Melissa K. Brown
                                Assistant United States Attorney