In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: July 22, 2008

Case No: **C-08-01352 EDL**

Case Name: **JULIE MACARAIG v. MATTHEW CHARLES STEGMAN**

    Attorneys:    Pltf: Ronald Uy        Deft: Michelle Brown (specially appearing)

    Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 11:31am - 11:34am
                                                                       (Time: 3 min)

**PROCEEDINGS:**
    Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
    - Plaintiff shall execute service to defendant by 7/25/2008.
    - Plaintiff shall file notice of dismissal as to defendant Brian Pace by 7/25/2008.

**Order to be prepared by:** [] Plntf  [] Deft  []  Court

**Case continued to:** 10/14/08 at 10am for further case management conference.

**Notes:**

cc: