AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| JULIE MACARAIG | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. C08-01352 EDL |
| MICHAEL MUKASEY | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

MICHAEL MUKASEY
United States Attorney
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD V. UY, ESQ.
1212 Broadway, Ste. 706
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: 8-4-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*