AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

**FILED**

**AUG 1 4 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| JULIE MACARAIG | ) |
| Plaintiff | ) |
| v. | ) |
| GENERAL COUNSEL | ) |
| Defendant | ) |

Civil Action No. C08-01352 EDL

**Summons in a Civil Action**

To: *(Defendant's name and address)*

GENERAL COUNSEL
G.S.A.
18th & F Street, N.W., Room 4139
Washington, DC 20405

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD V. UY, ESQ.
1212 Broadway, Ste. 706
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## RICHARD W. WIEKING

Date:  8- 7- 08

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*