AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| JULIE MACARAIG | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. C08-01352 EDL |
| MATTHEW CHARLES STEGMAN, ET AL; | ) |
| Defendant | ) |

*Amended.* **Summons in a Civil Action**

To: *(Defendant's name and address)*

BRIAN VINCENT PACE
525 JACOBY
CORTE MADERA, CA 94925

A lawsuit has been filed against you.

Within ~~60~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD V. UY,. ESQ, ( SBN # 177157)
1212 BROADWAY, SUITE 706
OAKLAND, CA 94612
(510) 835-3730 T   (510) 835-3731 F

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

THELMA NUDO

Date: AUG 1 4 2008

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JULIE MACARAIG | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. C08-01352 EDL |
| MATTHEW CHARLES STEGMAN, ET AL; | ) |
| Defendant | ) |

*Amended* Summons in a Civil Action

To: *(Defendant's name and address)*

MATTHEW CHARLES STEGMAN
865 WEDGEWOOD ST
WEST SACRAMENTO, CA 95605

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD V. UY,. ESQ, ( SBN # 177157)
1212 BROADWAY, SUITE 706
OAKLAND, CA 94612
(510) 835-3730 T   (510) 835-3731  F

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: AUG 1 4 2008

THELMA NUDO
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JULIE MACARAIG <br> Plaintiff <br> v. <br> MATTHEW CHARLES STEGMAN, ET AL; <br> Defendant | ) <br> ) <br> ) Civil Action No. C08-01352 EDL <br> ) <br> ) |

*Amended* Summons in a Civil Action

To: *(Defendant's name and address)*

Joseph P. Russonello
The Office of the United States, Civil Process Clerk
450 Golden Gate Ave, Box 36055
San Francisco, Ca 94102

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RONALD V. UY, ESQ (SBN # 177157)
1212 BROADWAY. Suite 706
OAKLAND, CA 20405

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court
THELMA NUDO

Date: AUG 1 4 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*