```
Ronald V. Uy, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:   (510) 835-3731

Attorney for Plaintiff
JULIE MACARAIG
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIE MACARAIG,** | Civil Action No. C08-01352 EDL |
| Plaintiff, | NOTICE OF DISMISSAL OF PARTY PURSUANT TO RULE 41(a) F.R.Civl.Procedure |
| vs. | |
| **MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE** | |
| Defendants | |

   PLEASE TAKE NOTICE that defendant BRIAN VINCENT PACE is dismissed from the complaint brought by Plaintiff JULIE MACARAIG in its entirety.  The Dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


Dated:  August 28, 2008                                    /s/
                                                      RONALD V. UY
                                                      Attorney for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cv-01352-EDL   Document 24   Filed 08/28/2008   Page 2 of 2

Ronald V. Uy, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:   (510) 835-3731

Attorney for Plaintiff
JULIE MACARAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIE MACARAIG,**<br><br>            Plaintiff,<br>   vs.<br><br>**MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE**<br><br>            Defendants | Civil Action No. C08-01352 EDL<br><br>NOTICE OF DISMISSAL OF PARTY PURSUANT TO RULE 41(a) F.R.Civl.Procedure |

PLEASE TAKE NOTICE that defendant BRIAN VINCENT PACE is dismissed from the complaint brought by Plaintiff JULIE MACARAIG in its entirety.  The Dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  August 28, 2008                              /s/                         
                                                                  RONALD V. UY
                                                                  Attorney for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cv-01352-EDL    Document 24-2    Filed 08/28/2008    Page 2 of 2

2

Ronald V. Uy, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 706
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:    (510) 835-3731

Attorney for Plaintiff
JULIE MACARAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MACARAIG, | Civil Action No. C08-01352 EDL |
| Plaintiff, | DISMISSAL OF PARTY PURSUANT TO RULE 41(a) F.R.Civ.Procedure |
| vs. | |
| MATTHEW CHARLES STEGMAN, UNITED STATES OF AMERICA, BRIAN VINCENT PACE | |
| Defendants | |

COMES NOW the Plaintiff, JULIE MACARAIG, in the above-entitled action and hereby dismisses the complaint as to defendant BRIAN VINCENT PACE.

Dated: August 28, 2008                                          _____/s/_____
                                                                                RONALD V. UY
                                                                                Attorney for Plaintiff

1