1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12

13  JULIE MACARAIG,                )    No. C-08-01352 EDL
                                   )
         Plaintiff,                )    **STIPULATION AND [~~PROPOSED~~]**
14                                 )    **ORDER OF DISMISSAL**
    v.                             )
15                                 )
    UNITED STATES OF AMERICA,      )
16                                 )
         Defendant.                )
17  _____)

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
C-08-01352 EDL

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JULIE
2  MACARAIG and defendant UNITED STATES OF AMERICA, through their respective
3  counsels, to Dismiss with prejudice, all claims asserted and non-asserted in this Action, captioned
4  as JULIE MACARAIG v. UNITED STATES OF AMERICA, U.S., District Court, Northern
5  District of California, Case No. C-08-01352 EDL.
6  The terms of the Settlement Agreement pursuant to which this Stipulation of Dismissal is
7  entered are set forth in the parties' Stipulation And Agreement of Compromise and Order entered
8  by this Court on January 29, 2009.

10 DATED: February 3, 2009                    Respectfully submitted,

11                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              S/Melissa Brown

                                              _____
14                                            MELISSA K. BROWN
                                              Assistant United States Attorney

16 DATED: February 3, 2009

                                              RONALD V. UY
17                                            Attorney at Law

                                              S/ Ronald Uy

                                              _____
19                                            RONALD V. UY
                                              Attorney for the Plaintiff

                        [~~PROPOSED~~] ORDER

   PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, THIS ACTION IS
HEREBY DISMISSED WITH PREJUDICE.

Dated : February 4, 2009                      _____
                                              ELIZABETH D. LAPORTE
                                              United S...

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
C-08-01352 EDL                                2